DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES BEAVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2935

[November 22, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 07-006021CF10A, 08-011351CF10A, and 08-015664CF10A.

James Beaver, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***